IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALO WIRELESS, INC. | ) |
| | ) |
| v. | ) NO. 3-12-0302 |
| | ) JUDGE CAMPBELL |
| TENNESSEE REGULATORY | ) |
| AUTHORITY, et al. | ) |

ORDER

Pending before the Court is a Motion to Intervene (Docket No. 42), filed by a group of Rural Telephone Companies. The Motion is referred to the Magistrate Judge for decision in connection with the Initial Case Management Conference.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE