IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALO WIRELESS, INC. | ) |
| | ) |
| v. | ) NO. 3-12-0302 |
| | ) JUDGE CAMPBELL |
| TENNESSEE REGULATORY | ) |
| AUTHORITY, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 67, to which no Objections have been timely filed, and a Motion for Order Regarding Proposed Dismissal filed by a Non-Party, Transcom Enhanced Services, Inc. (Docket No. 68).

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED with prejudice as to Plaintiff Halo Wireless, Inc. for failure to prosecute. Transcom's Motion (Docket No. 68) is granted, and nothing about this ruling shall bind or be dispositive of the rights of Transcom Enhanced Services, Inc. in Case No. 3-12-0679.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE